# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 10:00200-01/02 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ROBERT E. "RED" STEVENS AND ARTHUR GILMORE, JR. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration,

IT IS ORDERED that the Government's Motion to Clarify Speedy Trial Finding [Doc. No. 196] is GRANTED. In setting the trial date of April 16, 2012, the Court found that the interests of justice served by granting a continuance of the trial to a setting outside the time period of the Speedy Trial Act outweigh the public's, the Government's, and Defendant's interest in a speedy trial. Specifically, the Court finds that, in this case, a continuance is warranted by a pending dispositive motion which awaits response from Defendants, a possible evidentiary hearing, and a ruling by the Court. The continuance was also warranted by the need for effective preparation of counsel given their current trial schedules and the resources which must be mustered for re-trial of this matter. The period of time resulting from this setting is excluded from the delay as prescribed in 18 U.S.C. § 3161(h)(7)(A).

MONROE, LOUISIANA, this 2nd day of November, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE